**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JOSEPH BARRON-BARTLETT**                                          **PLAINTIFF**
**ADC #163751**

**v.**                         **CASE NO. 2:20-CV-00180-BSM-JTK**

**GAYLAN LAY,** *et al.*                                          **DEFENDANTS**

## <u>ORDER</u>

After carefully reviewing the record, United States Magistrate Judge Jerome Kearney's partial recommended disposition [Doc. No. 6] is adopted.  Joseph Barron-Bartlett's amended complaint fails to state a claim against defendant Emmer Branch; accordingly, Branch is dismissed without prejudice.

IT IS SO ORDERED, this 8th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE