# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOSEPH BARRON-BARTLETT**      **PLAINTIFF**
**ADC #163751**

v.      **CASE NO. 2:20-CV-00180-BSM**

**GAYLAN LAY,** *et al.*      **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome Kearney's proposed findings and recommendations [Doc. No. 22] are adopted. The defendants' motion for summary judgment [Doc. No. 18] is granted because Joseph Barron-Bartlett failed to exhaust administrative remedies under the ADC's grievance policy before filing his section 1983 lawsuit. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED, this 5th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE