IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSEPH BARRON-BARLETT**                                            **PLAINTIFF**
**ADC #163751**

**v.**                   **CASE NO. 2:20-CV-00180-BSM**

**GAYLAN LAY**, *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 5th day of March, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE